IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORGAN KEEGAN & CO., INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-2903 |
| | § | |
| BERT PENCE, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

This court has set a scheduling conference in this case for **September 1, 2011**, at 10:30 a.m.

Counsel may appear by phone by calling the court's designated conference line at 713-250-5550.

SIGNED on August 29, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge